ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2010 MAR -3 PM 3:44

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. **4-10CR-042-Y** |
| CLARENCE W. HUBBY (1) | § § | |

INFORMATION

The United States Attorney charges:

Count One
False Statements as to a Matter within the Executive Branch
(Violation of 18 U.S.C. §1001)

On or about September 1, 2009, in the Fort Worth Division of the Northern District of Texas, defendant **Clarence W. Hubby** did knowingly and willfully make material false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Executive Branch of the Government of the United States, to wit, during the course of an interview the defendant orally advised United States Department of Justice, Office of Inspector General Special Agent James H. Mahon, knowing him to be so employed, that he sent money wire transfers to inmate T.G. only on two occasions; that the money for the wire transfers came from a man by the name of Rebel Williams whom he met in the parking lot of FMC Carswell around December 2008 or January 2009; when in truth and in fact, as the defendant then well knew, he never met anyone

INFORMATION - Page 1

named Rebel Williams; the money for the wire transfers belonged to the defendant; and he sent these money wire transfers to inmate T.G. on four separate occasions.

In violation of 18 U.S.C. §1001.

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
JOHN BRADFORD
Assistant United States Attorney
State Bar No. 02818300
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.978.3094

INFORMATION - Page 2

*Criminal Case Cover Sheet*  **ORIGINAL**

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
2010 MAR -3 PM 3: 15
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**
Superseding Indictment: ☐ Yes ☒ No
New Defendant: ☒ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☒ No
Search Warrant Case Number: _____
Rule 20 from District of: _____
Magistrate Case Number: _____

**4-10CR-042-Y**

1. **Defendant Information**
   Juvenile: ☐ Yes ☒ No
   Sealed: ☐ Yes ☒ No

   Defendant Name
   **CLARENCE W. HUBBY (1)**
   Alias Name
   Address

2. **U.S. Attorney Information**
   AUSA  John P. Bradford        Bar # 02818300

3. **Interpreter**
   ☐ Yes ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**
   Arrest Date: SUMMONS TO ISSUE
   ☐ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**
   Total # of Counts as to This Defendant: 1   ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1001 | False Statements as to a Matter within the Executive Branch | 1 |

   Date  3-3-10                  Signature of AUSA: _____